UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE DOE, et al.,<br><br>    Defendants. | Case No. 25-cv-09468 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On November 3, 2025, Plaintiff, a state prisoner, filed documents in pro se which was construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. Nos. 1, 2. On the same day, the Clerk sent two separate notices to Plaintiff informing him: (1) that he must file a complaint on the proper form, which was provided to him, and (2) to submit a completed *In Forma Pauperis* ("IFP") application or pay the filing fee. Dkt. Nos. 3, 4. Both notices advised Plaintiff that he must respond within twenty-eight days from the date of the notices to avoid dismissal. *Id.* This matter was reassigned to the undersigned on December 23, 2025. Dkt. No. 7.

The deadline to file a complaint and IFP application has passed with no response from Plaintiff. Accordingly, the action is **DISMISSED** without prejudice for failure to file

a proper complaint and pay the filing fee.

The Clerk shall terminate all pending deadlines and motions and close the case.

**IT IS SO ORDERED.**

Dated: **December 29, 2025**

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.25\09468Rodriguez_dism-ifp&compl.docx

2